UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LMK ENTERPRISES, LLC | § | |
| DBA WACO MOTOR SPORTS | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:17-cv-225-RP |
| | § | |
| SENTRY SELECT | § | |
| INSURANCE COMPANY | § | |
|     Defendant. | § | |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiff, LMK Enterprises, LLC DBA Waco Motor Sports ("Plaintiff"), and Defendant, Sentry Select Insurance Company ("Defendant"), jointly move to dismiss with prejudice all claims which either Plaintiff or Defendant have asserted, or could have asserted, against each other in this lawsuit. In support of this motion, Plaintiff and Defendant would show the following:

1.

Plaintiff and Defendant would show that a settlement has been reached between them as to all claims and causes of action which they have asserted against each other in this lawsuit. As Plaintiff and Defendant have settled all issues in this lawsuit as relating between them, Plaintiff and Defendant would now jointly move the Court to dismiss all claims Plaintiff has asserted, or could have asserted, against Defendant in this lawsuit, with prejudice to the refiling of same, and to dismiss all claims which Defendant has asserted, or could have asserted, against Plaintiff in this lawsuit, with prejudice to the refiling of same with all costs of court to be borne by the parties who incurred them.

For all of the above reasons, Plaintiff, LMK Enterprises, LLC DBA Waco Motor Sports , and Defendant, Sentry Select Insurance Company, request this motion be granted in its entirety, and that

this Court enter an order dismissing all claims which Plaintiff has or could have asserted against Defendant in this lawsuit, with prejudice to the refiling of same, and dismissing all claims which Defendant has or could have asserted against Plaintiff in this lawsuit, with prejudice to the refiling of same, with all costs of court to be borne by those parties who incurred them.

Respectfully submitted,

THE VOSS LAW FIRM, P.C.

/S/Scott G. Hunziker
Scott G. Hunziker
Texas Bar No. 24032446
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
Scott@vosslawfirm.com
ATTORNEY FOR PLAINTIFF


/S/Russell J. Bowman
Russell J. Bowman
Texas State Bar No. 02751550
800 West Airport Freeway, Suite 860
Irving, Texas 75062
(214) 922-0220
(214) 922-0225 (FAX)
E-mail: russelljbowman@sbcglobal.net
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

This is to certify that on February 22, 2018, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Scott G. Hunziker, attorney for Plaintiff.

S/Russell J. Bowman
Russell J. Bowman