IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LMK ENTERPRISES, LLC<br>d/b/a WACO MOTOR SPORTS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SENTRY SELECT INSURANCE CO.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 6:17-CV-225-RP |

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal, (Dkt. 9). The parties have agreed to the dismissal of all claims. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (allowing dismissal of an action by stipulation signed by all parties who have appeared).

Accordingly, **IT IS ORDERED** that all claims asserted in this action are **DISMISSED WITH PREJUDICE.** All parties are to bear their own costs and fees. The Clerk's Office is directed to **CLOSE** the case.

**SIGNED** on March 2, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE